# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOCLEAN2 PTY LTD, <br>                Plaintiff, <br> v. <br> SOCLEAN, INC., <br>                Defendant. | Civil Action No. 4:18-cv-40054 |

## LOCAL RULE 16.1 JOINT STATEMENT

Plaintiff SoClean2 Pty Ltd ("Plaintiff") and Defendant SoClean, Inc. ("Defendant"), hereby submit the following Joint Statement pursuant to the provisions of Fed. R. Civ. P. 16(b) and Local Rule 16.1.

**A.**     **Obligation of Counsel to Confer**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(b), counsel for the parties certify that they have conferred to discuss: (1) preparing an agenda of items to be discussed at the scheduling conference; (2) preparing a proposed pretrial schedule for the case that includes a plan for discovery; and (3) considering whether they will consent to trial by magistrate judge.

**B.**     **Agenda for Scheduling Conference**

The parties propose the following agenda for the scheduling conference:

1. Review of the proposed pretrial schedule set forth below.

2. Establish a date for a status conference at the conclusion of discovery.

**C.**     **Settlement Proposals**

Pursuant to Local Rule 16.1(c), the parties state that they have exchanged written settlement proposals in advance of the scheduling conference.

**D.      Proposed Discovery Plan**

Pursuant to Fed. R. Civ. P. 16(b) and 26(f) and Local Rule 16.1(d), the Parties propose the following discovery plan for the Court's consideration.

1. Initial Disclosures. Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by September 28, 2018.

2. Amendments to Pleadings. Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after February 28, 2019.

3. Fact Discovery - Interim Deadlines.

    a. All requests for production of documents and interrogatories must be served by November 2, 2018.

    b. All requests for admission must be served by January 31, 2019.

    c. All depositions, other than expert depositions, must be completed by April 26, 2019.

4. Fact Discovery - Final Deadline. All discovery, other than expert discovery, must be completed by April 26, 2019.

5. Status Conference. A status conference will be held on May 10, 2019.

6. Expert Discovery.

    a. The parties' trial experts must be designated, and information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by May 17, 2019.

    b. The parties' trial experts must be deposed by June 7, 2019.

    c. Any rebuttal trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by June 21, 2019.

    d. Any rebuttal trial experts must be deposed by July 26, 2019.

7. Dispositive Motions.

    a. Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings must be filed by August 30, 2019.

    b. Oppositions to dispositive motions must be filed within 30 days after service of the motion.

        8.    <u>Initial Pretrial Conference</u>.  To be determined by the Court.

**E.**    **Discovery Limitations**

The parties agree that the discovery limitations imposed by the Federal Rules of Civil Procedure and Local Rule 26.1(c) should apply.

**F.**    **Phased Discovery**

The parties agree that phasing fact discovery and expert discovery is appropriate in this case.

**G.**    **Trial by Magistrate**

The parties do not consent to trial by magistrate.

**H.**    **Stipulated Protective Order**

The parties believe that a two-tier protective order governing the confidentiality of documents, which will include a provision regarding the inadvertent production of privileged materials or trial preparation materials as defined in Rule 26(b)(3), is appropriate in this case. The parties will work together to present a stipulated confidentiality order for the Court's consideration.

**I.**    **Production of Electronically Stored Information**

With respect to the production of electronically stored information, the parties agree to produce documents as document level PDF or TIFF files, and where applicable, with searchable text and load files containing the following meta data fields:

Beginning Bates Number  (BEGPRODNUM)

Ending Bates Number (ENDPRODNUM)

Beginning Attachment Range (BEGPRODATT)

Ending Attachment Range (ENDPRODATT)

Custodian

TO

From

CC

BCC

Subject

Date Sent

File Created Date

File Last Modified Date

Author

Native File Path

Text File Path

      Absent special circumstances, Excel files, .csv files and other similar spreadsheet files, as well as audio and video files, will be produced in their native file format either in a party's initial production or upon request.

**J.**    **Rule 16.1(d)(3) Certifications**

      The parties have filed, or shall file, the certifications required by L.R. 16.1(D)(3) separately prior to the date for the Scheduling Conference and in compliance with this local rule.

| **SOCLEAN2 PTY LTD**, | **SOCLEAN, INC.,** |
|---|---|
| By its attorneys, | By its attorney |
|   */s/ Dallin R. Wilson*   |   */s/ Joseph J. Laferrera*   |
| Erik W. Weibust (BBO # 663270) | Joseph J. Laferrera (BBO # 564572) |
| eweibust@seyfarth.com | joe.laferrera@gesmer.com |
| Dallin Wilson (BBO # 676662) | GESMER UPDEGROVE LLP |
| drwilson@seyfarth.com | 40 Broad Street |
| SEYFARTH SHAW LLP | Boston, Massachusetts 02109 |
| Seaport East, Suite 300 | (617) 350-6800 |
| Two Seaport Lane | |
| Boston, Massachusetts 02210 | |
| (617) 946-4800 | |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 5, 2018.

                                          */s/ Dallin R. Wilson*
                                          Dallin R. Wilson