# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOCLEAN2 PTY LTD, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>SOCLEAN, INC., )<br>)<br>    Defendant. )<br>) | CIVIL ACTION NO.<br>4:18-CV-40054-TSH |

## DEFENDANT SOCLEAN INC.'S ASSENTED-TO MOTION TO WITHDRAW AMENDED ANSWER AND COUNTERCLAIM

Defendant SoClean, Inc. hereby respectfully requests that this honorable Court grant its assented-to Motion to Withdraw its Amended Answer and Counterclaim filed on February 28, 2019 (Docket No. 25). Defendant requests this withdrawal without prejudice to filing a motion for leave to amend its Answer or to file a counterclaim in the future as the circumstances may warrant.

Respectfully submitted,

SoClean, Inc.

By its attorneys,

*/s/ Yalonda T. Howze*
H. Joseph Hameline, BBO #218710
hjhameline@mintz.com
Yalonda T. Howze, BBO #660851
ythowze@mintz.com
MINTZ
One Financial Center
Boston, MA  02111
Tel:  617-542-6000
Fax: 617-542-2241

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Yalonda T. Howze, counsel for Defendant, SoClean, Inc., hereby certify that, in accordance with Local Rule 7.1(A)(2), I have contacted Plaintiff's counsel in this action with respect to this Motion.

*/s/Yalonda T. Howze*
Yalonda T. Howze

## CERTIFICATE OF SERVICE

I, Yalonda T. Howze, hereby certify that on the 14th day of March 2019, I caused a copy of the above Assented-To Motion to Withdraw Amended Answer and Counterclaim to be served through the ECF system, and that copies will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as of the date herein.

*/s/ Yalonda T. Howze*
Yalonda T. Howze